[No. 31351-4-III. Division Three. February 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS NATHAN CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-1-00148-8, Donald W. Schacht, J., entered December 3, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berry, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 32074-0-III. Division Three. February 19, 2015.]

*In the Matter of the Marriage of* BARBARA J. DANNENBRING, *Appellant*, and SCOTT D. DANNENBRING, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-3-00189-0, Allen Nielson, J., entered October 22, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 70296-3-I. Division One. February 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN AUGUST HAFF, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-02003-1, Michael T. Downes, J., entered April 3, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Trickey, JJ.